The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERESA STEVES, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, <br><br> Defendant. | No. C09-5654 RJB <br><br> STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE <br><br> *Clerk's Action Requested* |

## **STIPULATION**

Plaintiff Teresa Steves, by and through her counsel, and Defendant Bank of America, N.A., by and through its counsel, hereby stipulate and agree to the dismissal of the above-entitled action with prejudice and without fees or costs to either party.

//

//

//

//

//

//

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE
(C09-5654 RJB) — 1
DWT 15489303v1 4900000-001075

DATED this 30th day of September, 2010.

| | |
|---|---|
| SCOTT, KINNEY, FJELSTAD & MACK<br>Attorneys for Plaintiff Teresa Steves | DAVIS WRIGHT TREMAINE, LLP<br>Attorneys for Defendant Bank of America |
| By s/Jay C. Kinney<br>Jay C. Kinney, WSBA #14053 | By s/Minh P. Ngo<br>Holly M. Hearn, WSBA #26795<br>Minh P. Ngo, WSBA #36987 |

### ORDER

Based on the foregoing stipulation, it is hereby ORDERED:

This action is dismissed with prejudice and without fees or costs to either party.

DATED this 1st day of October, 2010.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(C09-5654 RJB) — 2
DWT 15489303v1 4900000-001075